NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PHOENIX SOLUTIONS, INC.,**
*Plaintiff-Appellant,*

**v.**

**WEST INTERACTIVE CORP.,**
*Defendant-Appellee.*

---

2011-1022

---

Appeal from the United States District Court for the Central District of California in No. 09-CV-8156, Senior Judge Mariana R. Pfaelzer.

---

**JUDGMENT**

---

LAWRENCE M. HADLEY, McKool Smith Hennigan, P.C., of Los Angeles, California, argued for plaintiff-appellant. On the brief was R. JOSEPH TROJAN, Trojan Law Offices, of Beverly Hills, California.

MARK A. LEMLEY, Durie Tangri LLP, of San Francisco, California, argued for the defendant-appellee. With him on the brief were DARALYN J. DURIE, DAVID MCGOWAN and RYAN M. KENT.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* LOURIE and MOORE, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 9, 2011     /s/ Jan Horbaly
Date        Jan Horbaly
Clerk